UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) No. 3:22-cr-00354 |
| DAYZHONNA BOREN, | ) |
| Defendant. | ) |

# ORDER

On February 9, 2023 the Court held a status conference during which it confirmed that trial will begin on **April 11, 2023, at 9:00 a.m.** The pretrial conference also remains set for **April 3, 2023, at 9:00 a.m.** All deadlines in the Order setting trial (Doc. No. 17) remain in effect.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE