UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 3:22-cr-00354 |
| DAYZHONNA BOREN, | ) ) ) | |
| Defendant. | ) | |

## ORDER

On June 1, 2023, the Court held a status conference and confirmed the trial date and all related case deadlines. The parties informed the Court that there are no impediments to trial. Accordingly, all deadlines shall remain unchanged.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

1