UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. 3:22-cr-00354-1 |
| DAYZHONNA BOREN, | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is the Government's Motion for a Corrected Judgment (Doc. No. 85). After Dayzhonna Boren pled guilty to possession with intent to distribute cocaine, in violation of 21 U.S.C. § 841(a)(1) (Count 1), felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1) (Count 2), and possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c) (Count 3), the Court imposed an 80-month sentence. (Doc. No. 84-1 at 7). However, the Judgment erroneously stated: "80 months, as follows: 20 months for Counts 1 & 2 and 60 months for Count 3 to run *concurrent* to Counts 1 and 2." (Doc. No. 83 at 3). This was error because 18 U.S.C. § 924(c)(1)(A) requires a mandatory consecutive sentence of 60 months. The Government's motion for an amended Judgment is **GRANTED**. (Doc. No. 85).

The Amended Judgment is entered contemporaneously herewith.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE